PEOPLE ex rel. HULSHOF v. BOARD OF EDUCATION et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Proceedings by the people of the state of New York, on the relation of John L. Hulshof, against the board of education and another. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE ex rel. ILLIS, Appellant, v. WARDEN OF STATE'S PRISON, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Proceedings by the people of the state of New York, on the relation of Julius Illis, against the warden of the state's prison. B. H. Scudder, for appellant. A. A. Mayper, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. KANNER, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Proceedings by the people of the state of New York, on the relation of Samuel H. Kanner, against Edmond A. Butler, as commissioner. T. A. Keppler, for appellant. T. Connoly, for respondent. No opinion. Order affirmed; with $10 costs and disbursements. Order filed.

PEOPLE ex rel. MENCKE, Appellant, v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Proceedings by the people of the state of New York, on the relation of George A. Mencke, against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Determination of the respondent annulled, with $50 costs and disbursements, and the relator reinstated, on the authority of People ex rel. Jordan v. Martin, 152 N. Y. 311, 46 N. E. 484, and People ex rel. Clancy v. Bingham, 123 App. Div. 226, 107 N. Y. Supp. 1063.

PEOPLE ex rel. O'BRIEN v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Proceedings by the people of the state of New York, on the relation of James J. O'Brien, against Theodore A. Bingham, commissioner. A. R. Lesinsky, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. RODLER v. DEUTSCHER KRIEGER BUND, New York. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Proceedings by the people of the state of New York, on the relation of Albert Rodler, against the Deutscher Krieger Bund, New York. No opinion. Motion denied, with $10 costs. Settle order on notice.

PEOPLE ex rel. ROONEY v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Proceedings by the people of the state of New York, on the relation of James J. Rooney, against Theodore A. Bingham, as police commissioner of the police department of the city of New York. No opinion. Motion for reargument denied, with $10 costs. See, also, 114 N. Y. Supp. 110.

PEOPLE ex rel. SAWYER et al. v. BOARD OF RAILROAD COM'RS OF STATE OF NEW YORK et al. (four cases). (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Proceedings by the people of the state of New York, on the relation of George P. Sawyer and others, against the board of railroad commissioners of the state of New York and others. No opinion. Motions denied, with $10 costs.

PEOPLE ex rel. SCOTT, Appellant, v. REID et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Proceedings by the people of the state of New York, on the relation of Henry W. Scott, against Whitelaw Reid and others. A. S. Gilbert, for appellant. T. E. Finnegan, for respondents. No opinion. Order affirmed, without costs. Order filed.

PEOPLE ex rel. SMITH v. GAUS, Comptroller, et al. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Proceedings by the people of the state of New York, on the relation of James Smith, ex-sheriff of Erie county, against Charles H. Gaus, as Comptroller of the state of New York, and the board of supervisors of the county of Erie. No opinion. Submission dismissed, without costs. on the authority of Woodruff v. People, 193 N. Y. 560, 86 N. E. 562.

PEOPLE'S GAS & ELECTRIC CO. OF OSWEGO, Appellant, v. ATTORNEY GENERAL, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by the People's Gas & Electric Company of Oswego against the Attorney General of the state of New York, impleaded with the Citizens' Lighting Company and others. No opinion. Interlocutory judgment affirmed, with costs.

PERANDER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Gustaf M. Perander against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff failed to make out a case establishing his freedom from negligence contributing to the accident. See Lofsten v. Brooklyn Heights Railroad Co., 184 N. Y. 148, 76 N. E. 1035, and authorities cited.